DATE: 11/07/14                    JUDGE:    O'GRADY
                                  REPORTER:  N. Linnell

START: 1:03

FINISH: 1:25

CIVIL ACTION NUMBER: 1:14cv814

JIM MARKSON

V.

CENTRIAL INTELLIGENCE AGENCY

Appearances of counsel for: (X) Plaintiff    ( X ) Defendant

Defendants' [39] Motion to Dismiss First Amended Complaint by John R.B., John D.B., David Buckley, Valerie C., Carl G., Mark K., Carmen M., Larry N., Karen P., Mark P., Richard P., Donald R., Colin S., Paul S.

Defendant's [41] Motion to Dismiss First Amended Complaint by CIA.

Motions argued and the Court ruled that Counts 1-4 are dismissed with prejudice. Count 5 is dismissed without prejudice and counsel given 30 days to re-file as to Count 5 only.

Order to issue.